# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT DECKER, # 51719-074, | ) |
| Petitioner, | ) |
| vs. | ) Case No. 18-cv-1531-NJR |
| SUPERINTENDENT, USP-MARION, | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

**ROSENSTENGEL, District Judge:**

This matter is before the Court for case management. Petitioner Robert Decker brought this habeas corpus action pursuant to 28 U.S.C. § 2241while he was confined at the USP-Terre Haute, in the Southern District of Indiana. (Doc. 1). The Petition challenges the revocation of good conduct credits as a result of a disciplinary action in February 2017. On August 24, 2018, the case was transferred to this District because Decker is now housed at the USP-Marion. (Doc. 32).

After Decker filed his Second Amended Petition (Doc. 28), Respondent Warden Krueger of USP-Terre Haute was directed to answer and show cause why the Petition should not be granted. (Doc. 29). On July 13, 2018, the response was filed. (Doc. 30). On July 30, 2018, Decker filed a motion for leave to file a Third Amended Petition, (Doc. 31), which remains pending.

Upon the transfer of the case, counsel for Respondent Warden Krueger was ordered to notify her counterpart in this District of the transfer order and request new counsel to file an appearance on behalf of the substituted Respondent (Marion Superintendent). (Doc. 32). The

appearance has not yet been filed.

**IT IS ORDERED** that the United States Attorney for the Southern District of Illinois shall file an appearance on behalf of the Superintendent/Warden of USP-Marion, within 14 days of the entry of this Order. The Clerk is **DIRECTED** to serve a copy of this order upon the United States Attorney for the Southern District of Illinois, 750 Missouri Avenue, East St. Louis, Illinois.

**IT IS FURTHER ORDERED** that if Respondent wishes to file a response to the pending Motion for leave to file a Third Amended Petition (Doc. 31), that response shall be filed within 14 days of the entry of this Order. *See* SDIL-LR 7.1(g).

**IT IS FURTHER ORDERED** that pursuant to Local Rule 72.1(a)(2), this cause is referred to United States Magistrate Judge Clifford J. Proud for further pre-trial proceedings.

**IT IS FURTHER ORDERED** that this entire matter be **REFERRED** to United States Magistrate Judge Proud for disposition, as contemplated by Local Rule 72.2(b)(3) and 28 U.S.C. § 636(c), *should all the parties consent to such a referral.*

Petitioner is **ADVISED** of his continuing obligation to keep the Clerk (and each opposing party) informed of any change in his whereabouts during the pendency of this action. This notification shall be done in writing and not later than seven (7) days after a transfer or other change in address occurs. Failure to provide such notice may result in dismissal of this action. *See* FED. R. CIV. P. 41(b).

**IT IS SO ORDERED.**

DATED: August 29, 2018

_____
**NANCY J. ROSESNTENGEL**
**United States District Judge**